UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS CHAN LAI,<br><br>　　　　　Defendant. | Case No. 87-cr-00359-VC-1<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND TO SEAL; DENYING MOTION FOR REPLACEMENT ATTORNEY; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 849, 850 |
|---|---|

　　　1. The motion to withdraw as counsel and to seal filed by Dennis Chan Lai's appointed lawyer (Dkt. No. 850) is granted. The clerk of the court is ordered to seal the relevant docket entry (Dkt. No. 849). Lai's motion for a replacement attorney (Dkt. No. 849) is denied.

　　　2. The government is ordered to show cause why Lai's special parole should not be dismissed in light of the president's commutation order. The government's response to this order to show cause is due July 26, 2018. In its response, the government should explain the terms and conditions of Lai's special parole, when Lai's special parole begins and ends, and what it means for the Parole Commission to be administering Lai's special parole. The government should attach relevant evidence to its response. The government should also discuss any other considerations the Court should take into account in deciding the certificate of appealability question or in resolving any outstanding issues in this case.

　　　Lai's reply to the government's submission is due August 3, 2018. If the probation office has information about Lai's previous sentence and special parole, it may file a response to this order to show cause by August 3, 2018 as well. The status conference scheduled for August 7, 2018 is vacated. The Court will schedule a further hearing if necessary.

**IT IS SO ORDERED.**

Dated: July 19, 2018

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 87-cr-00359-VC-1 |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| LAI, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis Chan Lai
1771 21st Street
San Francisco, CA 94122

Dated: July 19, 2018

    Susan Y. Soong
    Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA